# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

ELECTRICAL WORKERS' PENSION TRUST
FUND OF LOCAL UNION #58, IBEW, *et al.*                 Case No. 04-70525
                   Plaintiffs,

v.                                                     Hon. John Corbett O'Meara

CONSOLIDATED ELECTRIC AND
TECHNOLOGY ASSOCIATES CORPORATION,
                   Defendant.

v.

CAMELL D. WILLIAMS,
                   Garnishee Defendant.
_____/

## DEFAULT JUDGMENT IN FAVOR OF PLAINTIFF AND AGAINST
### GARNISHEE DEFENDANT CAMELL D. WILLIAMS

A default was entered against Camell D. Williams ("Williams" or "Garnishee Defendant"), on June 12, 2006 [Docket No. 65]. Affidavit of Counsel was filed by counsel for Plaintiffs in support of their Application for Entry of Default Judgment. Therefore, on Application of Plaintiff and pursuant to Fed. R. Civ. P. 55(b)(1) and MCR 3.101(O), judgment is entered against Defendant and in favor of Plaintiffs as follows:

IT IS ORDERED THAT:

1.     Judgment is entered against Garnishee Defendant Camell D. Williams and in favor of Plaintiff in the amount of $6,989.43, with post-judgment interest to accrue thereon at the applicable rate, and Plaintiffs shall have full rights of execution thereon.

2.     Plaintiffs shall be additionally awarded costs in the amount of

$ 0.00, pursuant to Fed. R. Civ. P. 55(b)(1), and Plaintiffs shall have full rights of execution

thereon.


                                              **s/John Corbett O'Meara**
                                              HON. JOHN CORBETT O'MEARA
                                              United States District Judge

Date: June 28, 2006

F:\FUNDS\CONSOLIDATED ELECTRIC\default judgment williams garnish.ord.doc