UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ELECTRICAL WORKERS' PENSION TRUST
FUND OF LOCAL UNION #58, IBEW, *et al.*    Case No. 04-70525
      Plaintiffs,

v.                                          Hon. John Corbett O'Meara

CONSOLIDATED ELECTRIC AND
TECHNOLOGY ASSOCIATES CORPORATION,
      Defendant.

v.

CAMELL D. WILLIAMS,
      Garnishee Defendant.
_____/

ORDER FOR EXAMINATION OF JUDGMENT
DEBTOR AND RESTRAINING TRANSFER OF CERTAIN
PROPERTY SUPPLEMENTARY TO JUDGMENT

**Camell D. Williams**

THIS MATTER having come before this Court on Plaintiffs' Motion for Examination of Judgment Debtor and Restraining Transfer of Certain Property Supplementary to Judgment, and said motion having been duly filed along with a supporting Affidavit and Brief, and the Court having reviewed the same and being fully advised in the premises;

NOW THEREFORE;

IT IS HEREBY ORDERED that Camell D. Williams ("Garnishee Defendant"), whose address is 4190 Bald Mountain Rd., Auburn Hills, Michigan 48326, appear at the law offices of Erman, Teicher, Miller, Zucker & Freedman, P.C., 400 Galleria Officentre, Suite 444, Southfield, Michigan 48034, on **Wednesday, September 6, 2006 at 10:30 a.m.,** to be examined under oath

concerning the income, property, or other means of satisfying the Judgment entered herein against Garnishee Defendant on June 28, 2006.

IT IS FURTHER ORDERED that said person shall bring with him the following books, records, and papers in his possession, custody or control:

1. All checkbooks, check registers, check stubs, canceled checks, bank statements and other documents whatsoever relating to any deposit, savings, passbook or like account maintained with a bank, savings and loan association, credit union or like organization, in which Garnishee Defendant has, or has had, any interest at any time during the three (3) years immediately preceding the date hereof, or date of cessation of business, whichever is earlier;

2. Copies of all returns, schedules and forms filed by or on behalf of Garnishee Defendant with the Internal Revenue Service, State of Michigan, and any municipal governments, relating to any income received, property owned, business activities, sale or intangibles tax, of Garnishee Defendant at any and all times during the period three (3) years preceding the date hereof or date of cessation of business, whichever is earlier;

3. All books of account and accounts receivable ledgers;

4. List of assets and liabilities;

5. All contracts of purchase, sale, bills of sale, certificates of title and deeds, and all other evidences of title or instruments of whatsoever kind or nature, relating to the purchase, sale or ownership of any property, real or personal, or any interest therein, purchased, sold or owned by or on behalf of Garnishee Defendant at any time during the five (5) years immediately preceding the date hereof or date of cessation of business, whichever is earlier; and

6. Copies of all profit and loss statements and balance sheets relating to the affairs of Garnishee Defendant prepared by, or on behalf of, said Garnishee Defendant during the period three (3) years immediately preceding the date hereof or date of cessation of business, whichever is earlier.

IT IS FURTHER ORDERED that said person is restrained from transferring or disposing of any property, whether now owned, or hereafter acquired by, or becoming due, until further order of this Court. This order does not apply to property exempt by law from application to the satisfaction of the judgment.

Dated: August 11, 2006               s/John Corbett O'Meara
                                     United States District Judge

## Certificate of Service

I hereby certify that the above order was served upon attorneys and/or parties of record electronically and/or by U. S. Mail on August 12, 2006.

                                     s/William Barkholz
                                     Case Manager

3